THE STATE OF OHIO, APPELLEE, *v.* WHORTON, APPELLANT.

[Cite as State *v.* Whorton (1990), 51 Ohio St. 3d 121.]

(No. 88-2085—Submitted April 18, 1990—Decided May 23, 1990.)

*Lee C. Falke,* prosecuting attorney, and *Lorine M. Reid,* for appellee.

*Kurt R. Portmann,* county public defender, and *Barbara V. Thompson,* for appellant.

The judgment of the court of appeals is affirmed on authority of *State v. Murphy* (1990), 49 Ohio St. 3d 206, 551 N.E. 2d 932, for the reasons stated in *Murphy* and not for the reasons stated by the court of appeals.

MOYER, C.J., HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

SWEENEY and H. BROWN, JJ., dissent.

H. BROWN, J., dissenting. I believe that on the record in this case, our holding in *State* v. *Gaines* (1989), 46 Ohio St. 3d 65, 545 N.E. 2d 68, is applicable. Accordingly, I would reverse.

SWEENEY, J., concurs in the foregoing dissenting opinion.